**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FERMINA GAMBOA, AS RECEIVER FOR JOHN REY GAMBOA** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION 4:26-CV-2423 |
| | § § | |
| **UBER TECHNOLOGIES, INC. and RASIER, LLC** | § § § | |
| *Defendants.* | § § | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Uber Technologies, Inc. ("Uber") and Rasier, LLC ("Rasier") (collectively, "Defendants") hereby remove the above-styled civil action currently pending in the 234th Judicial District Court of Harris County, Texas, Cause No. 202611148, to the United States District Court for the Southern District of Texas, Houston Division.

**PROCEDURAL REQUIREMENTS**

1.      On February 18th, 2026, Plaintiff commenced this action against Uber in the 234th Judicial District Court of Harris County, Texas (the "State Court Action").

2.      A copy of Plaintiff's Petition and all other process, pleadings, and orders served on Uber are attached as **Exhibit A**, as required by 28 U.S.C. § 1446.

3.      Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendants will file a copy of this Notice of Removal with the Clerk of the 234th Judicial District Court of Harris County, Texas, and will serve a copy on the Plaintiff to the State Court Action.

## STATEMENT OF THE CASE

4.      This is a civil action involving claims against Defendants Uber Technologies, Inc. and Rasier, LLC. Plaintiff alleges John Rey Gamboa was kidnapped and/or assaulted by the Uber driver paired through the app. Plaintiff alleges Uber knew or should have known its driver was dangerous.  Plaintiff asserts negligence and negligent hiring against Defendants and that their negligence proximately caused John's disappearance and Plaintiff's injuries. Plaintiff also asserts fraud and misrepresentation, claiming Uber falsely represented its app as a safe means of travel. (Pl.'s Pet. at ¶¶ 4.3–5.4).

5.      According to her Petition, Plaintiff seeks damages "greater than "$1,000,000". (Pl.'s Pet. at ¶ 6.2).

## TIMELINESS OF REMOVAL

6.      Defendant Uber Technologies, Inc. was served in this action on February 24, 2026. Accordingly, 30 days have not expired since this service has occurred.

7.      Defendant Rasier, LLC., was served in this action on February 24, 2026. Accordingly, 30 days have not expired since this service.

8.      Therefore, this Notice of Removal is timely.

## VENUE

9.      Venue for this Notice of Removal is proper in the United States District Court for the Southern District of Texas, Houston Division, because this district and division include Harris County, Texas—the location of the pending State Court Action.

## BASIS FOR REMOVAL: DIVERSITY JURISDICTION

10.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

### A. Parties are Citizens of Different States:

11.    According to Plaintiff's Petition filed in the State Court Action, Plaintiff is Fermina Gamboa, the duly appointed Receiver of the Estate of John Rey Gamboa, and a resident of Harris County, Texas.

12.    Defendant Uber Technologies, Inc. is a Delaware corporation with its principal place of business in San Francisco, California. Defendant Uber is therefore a citizen of the State of Delaware and State of California for purposes of diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(1); *see also* (Pl. Pet. at ¶ 2.3).

13.    Defendant Rasier, LLC is a Delaware limited liability company, and its sole member is Defendant Uber. Defendant Rasier is therefore a citizen of the State of Delaware and State of California for purposes of diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(1); *see also Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008); (Pl. Pet. ¶ 2.4).

14.    This action is removable because no party in interest properly joined and served as a defendant is a citizen of the State in which the action is brought. *See* 28 U.S.C. § 1441(b).

15.    Accordingly, complete diversity of citizenship exists between the parties in satisfaction of 28 U.S.C. § 1332(a).

### B. The Amount in Controversy Exceeds $75,000.00

16.    The amount in controversy requirement of 28 U.S.C. § 1332 is also satisfied. The amount in controversy in a case where jurisdiction is based on diversity of citizenship must exceed $75,000.00 exclusive of interest and costs. 28 U.S.C. § 1332(a).

17.    While Defendants deny that Plaintiff is entitled to any monetary or other relief, the amount in controversy here exceeds the jurisdictional minimum.

18.    Plaintiff's Petition seeks monetary relief greater than $1,000,000. (Pl.'s Pet. at ¶ 6.2).

19.   Accordingly, the amount in controversy exceeds the $75,000.00 jurisdictional threshold.

## CONSENT TO REMOVAL

20.   Defendants have been served with citation and summons. They have timely filed this Notice of Removal on March 26, 2026.

## EXHIBITS TO THE NOTICE OF REMOVAL:

21.   Pursuant to Rule 81 of the Local Civil Rules for the Southern District of Texas, the following documents are attached to this Notice:

A. Plaintiff's Original Petition is attached as **Exhibit A**;

B. Service of Process on Defendants is attached as **Exhibit B**;

C. Defendants' Original Answer and General Denial is attached as **Exhibit C**;

D. The State Court Action Docket Sheet: attached as **Exhibit D**;

E. The List of Parties and Counsel of Record: attached as **Exhibit E**;

F. Civil Cover Sheet: attached as **Exhibit F.**

## CONCLUSION

22.   Defendants deny the allegations contained in Plaintiff's Petition and file this Notice of Removal without waiving any defenses, objections, exceptions, or other rights that may exist in their favor.

23.   Wherefore, Defendant Uber Technologies, Inc. and Defendant Rasier, LLC, give Notice of Removal of this Action from the 234th Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted by:

*/s/ Luke C. Spencer*
**LUKE C. SPENCER**
Texas State Bar No. 24094960

SDTX Bar No. 3687666
luke.spencer@bowmanandbrooke.com
**SAVANNAH W. FRANCIS**
Texas State Bar No. 24143633
SDTX Bar No. 3940721
savannah.francis@bowmanandbrooke.com
**BOWMAN AND BROOKE LLP**
5850 Granite Parkway, Suite 900
Plano, Texas 75024
Tel. (972) 616-1700
Fax (972) 616-1701

**Attorneys Defendants Uber Technologies, Inc. and Rasier, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants such as the following:

**JASON C. WEBSTER**
State Bar No. 24033318
**HEIDI O. VICKNAIR**
State Bar No. 24046557
**STEVEN E. ALDOUS**
State Bar No. 0982100
**WEBSTER VICKNAIR MACLEOD**
24 Greenway Plaza, Suite 600
Houston, Texas 77046
713.581.3900 (telephone)
713.581.3907 (facsimile)
filing@thewebsterlawfirm.com

*Counsel for Plaintiff*

/s/ Luke C. Spencer
**LUKE C. SPENCER**