# EXHIBIT B

**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
02/24/2026
CT Log Number 551459718

## Service of Process Transmittal Summary

**TO:**    Gabriela Lopez, Paralegal
Uber Technologies, Inc.
950 23RD ST
SAN FRANCISCO, CA 94107-3401

**RE:**    **Process Served in Texas**

**FOR:**    RASIER, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: FERMINA GAMBOA, AS RECEIVER FOR JOHN REY GAMBOA // To: RASIER, LLC |
| **DOCUMENT(S) SERVED:** | Citation, Return, Original Petition, Certificate of Service |
| **COURT/AGENCY:** | 234th Judicial District Court of Harris County, TX<br>Case # 202611148 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 02/20/2024 |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 02/24/2026 at 11:28 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Jason Charles Webster<br>WEBSTER VICKNAIR MACLEOD<br>24 Greenway Plaza, Suite 600<br>Houston, TX 77046<br>713-581-3900 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/25/2026, Expected Purge Date: 03/02/2026<br><br>Image SOP<br><br>Email Notification,  Claims Lit  intake@uber.com<br><br>Email Notification,  Sara Hernandez  shernandez@uber.com<br><br>Email Notification,  Melanie Hernandez  hernandezm@uber.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |



**CT Corporation**
**Service of Process Notification**
02/24/2026
CT Log Number 551459718

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

## PROCESS SERVER DELIVERY DETAILS

**Date:**                                  Tue, Feb 24, 2026
**Server Name:**                           Mauricio Segovia

| Entity Served | RASIER, LLC |
|---|---|
| Case Number | 202611148 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |



Receipt Number: 1050752
Tracking Number: 74614011 EML

COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202611148

PLAINTIFF: GAMBOA, FERMINA (AS RECEIVER FOR THE          In the 234th Judicial

ESTATE OF JOHN REY GAMBOA)

vs.                                                      District Court of

DEFENDANT: UBER TECHNOLOGIES INC                         Harris County, Texas

CITATION

THE STATE OF TEXAS
County of Harris

TO: RASIER LLC (A DELAWARE LIMITED LIABILITY COMPANY) MAY BE SERVED THROUGH ITS

REGISTERED AGENT CT CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900

DALLAS TX 75201

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on February 18, 2026, in the above numbered and styled
cause on the docket in the above Judicial District Court of Harris County, Texas, in
the courthouse in the City of Houston, Texas. The instrument attached describes the
claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.  In addition to
filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit.  These disclosures generally must be
made no later than 30 days after you file your answer with the clerk.  Find out more
at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
February 20, 2026.



Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: ADILIANI SOLIS

Issued at request of:
WEBSTER, JASON CHARLES
24 GREENWAY PLAZA, SUITE 600
HOUSTON, TX  77046-0000
713-581-3900
Bar Number: 24033318

Mauricio Segovia
PSC1689 Expires 8/31
2026/02/24 11:28:00

Tracking Number: 74614011 EML

CAUSE NUMBER: 202611148

PLAINTIFF: GAMBOA, FERMINA (AS RECEIVER FOR THE ESTATE OF JOHN REY GAMBOA)

In the 234th

vs.

Judicial District Court

DEFENDANT: UBER TECHNOLOGIES INC

of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock _____. M., on the _____ day of _____, 20_____.

Executed at (address) _____ in _____ County

at _____ o'clock _____. M., on the _____ day of _____, 20 _____,

by delivering to _____ defendant, in person, a true copy of this

Citation together with the accompanying _____ copy(ies) of the _____ Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____                    _____

                                       _____ of _____

County, Texas

_____    By:    _____
        Affiant                                 Deputy

On this day, _____, known to me to be the person whose signature

appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

                                       _____
                                              Notary Public



**CT Corporation**
**Service of Process Notification**
02/24/2026
CT Log Number 551460597

## Service of Process Transmittal Summary

**TO:**   Chiarra Davis, Legal
Uber Technologies, Inc.
950 23RD ST
SAN FRANCISCO, CA 94107-3401

**RE:**   **Process Served in Texas**

**FOR:**  UBER TECHNOLOGIES, INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: FERMINA GAMBOA, AS RECEIVER FOR JOHN REY GAMBOA // To: UBER TECHNOLOGIES, INC. |
| **DOCUMENT(S) SERVED:** | Citation, Return, Original Petition, Certificate |
| **COURT/AGENCY:** | 234th Judicial District Court of Harris County, TX<br>Case # 202611148 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 02/18/2024 |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 02/24/2026 at 11:28 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | JASON CHARLES WEBSTER<br>WEBSTER VICKNAIR MACLEOD<br>24 GREENWAY PLAZA, SUITE 600<br>Houston, TX 77046<br>713-581-3900 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/25/2026, Expected Purge Date: 03/02/2026 |
| | Image SOP |
| | Email Notification, Employment Team  employment-file@uber.com |
| | Email Notification, Allison Gordon  agarrett@uber.com |
| | Email Notification, Jennifer Sullivan  jsullivan@uber.com |
| | Email Notification, Karina Munoz  karinamunoz@uber.com |
| | Email Notification, Chiarra Davis  chiarra.davis@uber.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |



**CT Corporation**
**Service of Process Notification**
02/24/2026
CT Log Number 551460597

8775647529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Feb 24, 2026

**Server Name:** Mauricio Segovia

| Entity Served | UBER TECHNOLOGIES, INC. |
|---|---|
| Case Number | 202611148 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |

CAUSE NO. 202611148

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1050752

TRACKING NO: 74614010 EML

| | |
|---|---|
| Plaintiff: | In The 234th |
| GAMBOA, FERMINA (AS RECEIVER FOR THE ESTATE OF JOHN REY GAMBOA) | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| UBER TECHNOLOGIES INC | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:   **UBER TECHNOLOGIES INC (A DELAWARE CORPORATION) MAY BE SERVED THROUGH ITS REGISTERED**
**AGENT CT CORPORATION SYSTEM**
**1999 BRYAN STREET SUITE 900, DALLAS TX 75201**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on February 18, 2026 in the above cited cause number and court.
The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on February 20, 2026, under my hand and seal of said court.



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Issued at the request of:

WEBSTER, JASON CHARLES
24 GREENWAY PLAZA, SUITE 600

HOUSTON, TX  77046-0000
713-581-3900
Bar Number: 24033318

Harris County, Texas
201  CAROLINE     Houston   Texas
77002
(PO  Box  4651,  Houston,  Texas
77210)

Generated By:ADILIANI SOLIS

Mauricio Segovia
PSC1689 Expires 8/31
2026/02/24 11:28:00

Tracking Number: 74614010 EML

## CAUSE NUMBER: 202611148

PLAINTIFF: GAMBOA, FERMINA (AS RECEIVER FOR THE ESTATE OF JOHN REY GAMBOA)　　In the 234th

vs.　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judicial District Court of

DEFENDANT: UBER TECHNOLOGIES INC　　　　　　　　　　　Harris County, Texas

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
_____ in

_____ County at o'clock ____. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____
　　By_____
　　　　　　Affiant　　　　　　　　　　　　　　　　　　　　　　Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
　　　　　　　　　　　　　　　　　　　　　　Notary Public

2/18/2026 5:15 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111428896
By: Adiliani Solis
Filed: 2/18/2026 5:15 PM

**CAUSE NO. _____**

| | | |
|---|---|---|
| FERMINA GAMBOA, AS RECEIVER FOR JOHN REY GAMBOA | § § § § § § | IN THE DISTRICT COURT |
| *Plaintiffs,* | § | |
| v. | § § § | HARRIS COUNTY, TEXAS |
| UBER TECHNOLOGIES, INC. and RASIER, LLC | § § § § | |
| *Defendant.* | § § | \_\_\_\_ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Fermina Gamboa, as Receiver for the Estate of John Rey Gamboa, complaining of Uber Technologies, Inc. and Rasier, LLC (collectively referred to as "Uber"), and would respectfully show the Court and jury the following:

### I.   DISCOVERY CONTROL PLAN

2.1.   Discovery is intended to be conducted under Level 3 of the Texas Rules of Civil Procedure 190.   Plaintiff affirmatively states that this matter should not be conducted under Rule 169 for Expedited Actions pursuant to the Texas Rules of Civil Procedure.

### II.   PARTIES

2.2.   Plaintiff is the duly appointed Receiver of the Estate of Jon Rey Gamboa, a missing person, and is a resident of Harris County, Texas.

2.3.   Defendant Uber Technologies, Inc. ("Uber") is a Delaware corporation with its principal place of business at 1725 3rd Street, San Francisco, California 94158. Uber may be served with

process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

2.4.     Defendant Rasier, LLC ("Rasier") is a Delaware limited liability company with its principal place of business at 1725 3rd Street, San Francisco, California 94158. Rasier may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

### III.     VENUE

3.1     Venue is proper in Harris County, Texas, pursuant to Estates Code § 33.002, because Gamboa's estate proceeding is in Harris County and Texas Civil Practice & Remedies Code § 15.002(a)(4) because Plaintiff resides in Harris County, Texas.

3.2     This Court has jurisdiction over the lawsuit pursuant to Estates Code § 32.007(1).

### IV.     FACTS

4.1.     John Gamboa was a Houston resident and the eldest of three siblings. He served in the United States Air Force for five years. John was the breadwinner for his family because his mother, Fermina Gamboa, was a cancer survivor who, for a time, could only work part-time.

4.2.     In February of 2024, John Gamboa flew from Houston to Mexico City. At approximately 10:18 p.m., John was picked up at the Mexico City Airport by an Uber driver and dropped at his Airbnb rental. John then went to meet friends at a bar in Mexico City. At 3:35 a.m., John requested an Uber car with the intended destination of his Airbnb. The Uber driver, however, diverted from his intended route and traveled to Salamanca/Calle Colima. John, or someone in control of his phone, placed another Uber request at 4:22 a.m. to go to Zona Rosa. Once again, the Uber driver diverted to Avienda Canal del Norte and Calle Boleo. John Gamboa has not been seen or heard from since his Uber ride. The Uber driver who picked up John Gamboa has fled, and his whereabouts are unknown.

4.3.    Plaintiff was kidnapped and/or otherwise assaulted by the Uber driver with whom he had been paired through the Uber App. As a common carrier, Uber is vicariously liable for the injuries its driver inflicted on its passenger. In addition, through its officers, directors, and managing agents, Uber contributed to the attack on Plaintiff by abandoning its utmost duty of heightened care toward its passengers.

4.4.    Uber knew or should have known that its driver was a danger to Uber passengers. Carlos Magdaleno Machuca or Ceasar Omar Durasno Cruz was the actual driver of the Uber. Uber drivers and Uber split the fare Uber charges riders for the riders' trips.

4.5.    John's USAA card was used on two occasions after he disappeared—on February 18 and 20, 2024. The card was used at a grocery store called Merpago.

## V.    CAUSES OF ACTION

### a.    Negligence and Negligent Hiring

5.1    Uber was negligent by allowing a dangerous driver to use its platform. Uber also negligently failed to perform a sufficient background check of its driver.

5.2    Uber's negligence, singularly or in combination with each other, was the proximate cause of John's disappearance and the injuries sustained by Plaintiff.

### b.    Fraud and Misrepresentation

5.3    Uber represented that it provided a safe means of travel for users of its app. This representation is important to the users of Uber's app. This representation is false, and Uber knew, or should have known, that the representation was false. Uber made the representation so that users of its app would use its service. John Gamboa relied on the representation and was harmed as a result.

5.4    Further, and in the alternative, Uber negligently communicated that its app was safe, John justifiably relied on the misrepresentation and was injured as a result.

## VI.   DAMAGES

6.1.   Plaintiff seeks to recover damages from Defendants for the following:

   a.   The physical pain and impairment sustained by John Gamboa from the date of injury to the time of trial;

   b.   Future physical pain and impairment reasonably anticipated to be sustained by John Gamboa in the future;

   c.   Mental anguish and suffering sustained by John Gamboa from the date of injury to the time of trial;

   d.   Mental anguish and suffering which is reasonably anticipated to be suffered by John Gamboa in the future;

   e.   Loss of earnings and earning capacity sustained by John Gamboa, both in the past and in the future;

6.2.   As such, Plaintiff affirmatively pleads that she seeks monetary relief greater than $1,000,000.00.

## VII.   RULE 193.7 NOTICE

7.1   Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiffs hereby give notice to Defendant that any and all documents produced by Defendant may be used against the at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

## VIII. JURY DEMAND

8.1.   Plaintiff demands a trial by jury to resolve all fact issues in this case.

## X.  PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein.  Plaintiff further requests that upon final trial hereof, Plaintiff have and recover from Defendants a sum within the jurisdictional limits of the Court, costs of Court, pre-judgment, and post-judgment interest at the legal rate, and for any and all further relief, both general and special, legal, and equitable to which Plaintiff may be justly entitled.

Respectfully Submitted,

**WEBSTER VICKNAIR MACLEOD**
*/s/ Steven E. Aldous*
**JASON C. WEBSTER**
State Bar No. 24033318
**HEIDI O. VICKNAIR**
State Bar No. 24046557
**STEVEN E. ALDOUS**
State Bar No. 0982100
24 Greenway Plaza, Suite 600
Houston, Texas  77046
713.581.3900 (telephone)
713.581.3907 (facsimile)
filing@thewebsterlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jason  Webster  on behalf of Jason Webster
Bar No. 24033318
filing@wvmlaw.com
Envelope ID: 111428896
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 2/19/2026 8:34 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason  C. Webster | | filing@wvmlaw.com | 2/18/2026 5:15:07 PM | SENT |