# EXHIBIT C

3/23/2026 9:55 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 112724138
By: Shannon North-Gonzalez
Filed: 3/23/2026 9:55 AM

## CAUSE NO. 202611148

| | | |
|---|---|---|
| FERMINA GAMBOA, AS RECEIVER FOR JOHN REY GAMBOA<br>*Plaintiff*, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| v. | §<br>§ | 234TH JUDICIAL DISTRICT |
| UBER TECHNOLOGIES, INC., and RASIER, LLC, | §<br>§<br>§<br>§ | |
| *Defendants*. | § | HARRIS COUNTY, TEXAS |

## DEFENDANT UBER TECHNOLOGIES, INC. AND RASIER, LLC'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Uber Technologies, Inc. and Rasier, LLC (collectively referred to as "Uber Defendants"), file this Original Answer to Plaintiff's Original Petition (the "Petition"), and would respectfully show the following:

### I.    GENERAL DENIAL

1.    Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Uber Defendants generally deny each and every allegation contained in Plaintiff's Petition, demand strict proof thereof, and to the extent such matters are questions of fact, say Plaintiff should prove such facts by a preponderance of the evidence as required by law.

2.    Uber Defendants contend that because the alleged acts giving rise to this dispute occurred in Mexico, Mexican law applies, and under Mexican law Plaintiff may be required to arbitrate her claims consistent with John Rey Gamboa's contractual agreement with Uber Defendants.

## II.    PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants Uber Technologies, Inc. and Rasier, LLC., respectfully prays that Plaintiff take nothing by way of this suit; for an award of all costs and expenses incurred on their behalf; and for such other and further relief, both at law and in equity, to which they may be show themselves to be justly entitled.

Respectfully submitted,

*/s/ Luke C. Spencer*
**LUKE C. SPENCER**
Texas State Bar No. 24094960
Luke.Spencer@bowmanandbrooke.com
**SAVANNAH W. FRANCIS**
Texas State Bar No. 24143633
Savannah.Francis@bowmanandbrooke.com
**BOWMAN AND BROOKE, LLP**
5850 Granite Parkway, Suite 900
Plano, Texas 75024
Phone: (972) 616-1700
Fax: (972) 616-1701

**ATTORNEY FOR DEFENDANTS
UBER TECHNOLOGIES, INC. and RASIER,
LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record on this the 23rd day of March, 2026 in accordance with the Texas Rules of Civil Procedure.

*/s/ Luke C. Spencer*
**LUKE C. SPENCER**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carolyn Harper on behalf of Luke C. Spencer
Bar No. 24094960
carolyn.harper@bowmanandbrooke.com
Envelope ID: 112724138
Filing Code Description: Answer/ Response / Waiver
Filing Description:
Status as of 3/23/2026 10:19 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason  C. Webster | | filing@wvmlaw.com | 3/23/2026 9:55:33 AM | SENT |
| Savannah Francis | | savannah.francis@bowmanandbrooke.com | 3/23/2026 9:55:33 AM | SENT |
| Luke Spencer | | luke.spencer@bowmanandbrooke.com | 3/23/2026 9:55:33 AM | SENT |