# EXHIBIT D

Office of Harris County District Clerk - Marilyn Burgess

**HCDistrictclerk.com**     GAMBOA, FERMINA (AS RECEIVER FOR THE ESTATE     3/23/2026
OF JOHN REY GAMBOA) vs. UBER TECHNOLOGIES
INC
Cause: 202611148          CDI: 7          Court: 234

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 125744382 | Defendant Uber Technologies, Inc. and Rasier, LLC's Original Answer | | 03/23/2026 | 3 |
| 125207940 | Plaintiffs Original Petition | | 02/18/2026 | 6 |
| ·> 125207941 | Request for Issuance of Service | | 02/18/2026 | 1 |
| ·> 125207942 | Request for Issuance of Service | | 02/18/2026 | 1 |