# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FERMINA GAMBOA, AS RECEIVER** | § | |
| **FOR JOHN REY GAMBOA** | § | |
| | § | |
| *Plaintiff,* | § | |
| **v.** | § | CIVIL ACTION _____ |
| | § | |
| | § | |
| **UBER TECHNOLOGIES, INC. and** | § | |
| **RASIER, LLC** | § | |
| | § | |
| *Defendants.* | § | |

---

## LIST OF PARTIES AND COUNSEL OF RECORD

---

1. **Fermina Gamboa, As Receiver for John Rey Gamboa (Plaintiff)**
   City and state of residence: Houston, TX
   c/o JASON C. WEBSTER
   State Bar No. 24033318
   HEIDI O. VICKNAIR
   State Bar No. 24046557
   WEBSTER VICKNAIR MACLEOD
   24 Greenway Plaza, Suite 600
   Houston, Texas 77046
   713.581.3900 (telephone)
   713.581.3907 (facsimile)
   filing@thewebsterlawfirm.com

2. **Uber Technologies, Inc. And Rasier, Llc (Defendants)**
   Principal place of business: San Francisco, California
   c/o LUKE C. SPENCER
   Texas State Bar No. 24094960
   SDTX Bar No. 3687666
   luke.spencer@bowmanandbrooke.com
   BOWMAN AND BROOKE LLP
   5850 Granite Parkway, Suite 900
   Plano, Texas 75024
   Tel. (972) 616-1700
   Fax (972) 616-1701